Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

# UNITED STATES DISTRICT COURT
for the

EASTERN District of PHILADELPHIA

Division

| | |
|---|---|
| NILKANTH D. TRIVEDI<br>EXIM STEEL & SHIPBROKING INC.<br>see attached.<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>DILIP C. CHANDAN<br>CHANDAN STEEL LTD.<br>CSL USA LLC. see attached.<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☒ No |

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
**(28 U.S.C. § 1332; Diversity of Citizenship)**

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | NILKANTH D. TRIVEDI |
   | Street Address | 1215 KNOX DR |
   | City and County | YARDLEY, BUCKS |
   | State and Zip Code | PA 19067 |
   | Telephone Number | 267-391-6499 |
   | E-mail Address | aktintl@aol.com |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | DILIP C. CHANDAN |
| Job or Title *(if known)* | CEO & MD |
| Street Address | 8 THE GREEN, STE A |
| City and County | DOVER |
| State and Zip Code | DE 19901 |
| Telephone Number | (302) 288-0670 |
| E-mail Address *(if known)* | dilip@chandansteel.net |

Defendant No. 2

| | |
|---|---|
| Name | CHAITANYA D. CHANDAN |
| Job or Title *(if known)* | DIRECTOR |
| Street Address | 8 THE GREEN, STE A |
| City and County | DOVER |
| State and Zip Code | DE19901 |
| Telephone Number | (302) 288-0670 |
| E-mail Address *(if known)* | chaitanya@chandansteel.net |

Defendant No. 3

| | |
|---|---|
| Name | CHANDAN STEEL LTD AKA CSL USA LLC |
| Job or Title *(if known)* | DIRECTOR |
| Street Address | 8 THE GREEN, STE A |
| City and County | DOVER |
| State and Zip Code | DE 19901 |
| Telephone Number | (302) 288-0670 |
| E-mail Address *(if known)* | chaitanya@chandansteel.net |

Defendant No. 4

| | |
|---|---|
| Name | CHIRAG D. CHANDAN |
| Job or Title *(if known)* | DIRECTOR |
| Street Address | Plot No. 31, 32, 33B, 34, 35-36 45, 46, 48, 49/2, 142, |
| City and County | Umbergaon |
| State and Zip Code | GUJARAT, 396 171, INDIA |
| Telephone Number | (+91) 260 712 8999 |
| E-mail Address *(if known)* | chirag@chandansteel.net |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

**A.     The Plaintiff(s)**

1. If the plaintiff is an individual
   The plaintiff, *(name)* NILKANTH D. TRIVEDI, is a citizen of the State of *(name)* PENNSYLVANIA.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* EXIM STEEL & SHIPBROKING INC., is incorporated under the laws of the State of *(name)* PA, and has its principal place of business in the State of *(name)* PENNSYLVANIA.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**B.     The Defendant(s)**

1. If the defendant is an individual
   The defendant, *(name)* DILIP C. CHANDAN, is a citizen of the State of *(name)* NA. Or is a citizen of *(foreign nation)* INDIA.

2. If the defendant is a corporation
   The defendant, *(name)* CSL USA LLC. AKA CHANDAN STEEL, is incorporated under the laws of the State of *(name)* DELAWARE, and has its principal place of business in the State of *(name)* DELAWARE. Or is incorporated under the laws of *(foreign nation)* INDIA, and has its principal place of business in *(name)* INDIA.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.     The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

Amount in controversy : Exceeding $1049083.10 without interest.
Explanation: Business relationship among Defendants & Plaintiff(s) began in 1990s, wherein Defendant(s) is/are "Manufacturer of industrial products, exporter, shipper & vendor of India" & Plaintiff(s) functioned as the sole importer & distributor of industrial products in USA. The mutual trust kept growing & continued until greed of the Defendant changed the course by direct shipment of goods to US customer beyond knowledge of Appellant & without cancelling the Appellant's confirmed sales contract with Defendant & US customer. Upon knowledge of breach of contract, the dispute was centered on settlement of Accounts Receivables (ACR) & Accounts payable(ACP) with Defendant's promise to pay commission to Appellant on the direct sales in USA from all the direct sales of 2016 & onward. Appellant demanded to settle the net ACR in a lawful accounting. But Defendant preferred the unspecified & questionable channel to pay off the agreed & disputed amount in a manner Plaintiff was blackmailed of stopped payment if litigation against the Defendant was preferred, risking the receipt of large fund exceeding $1297971.37 without interest, a breakup of which is provided in exhibits. Plaintiff notified to Defendant that unprofessional method of accounting has caused him non filing of personal & business tax returns since 2016, has created default in repayment of bank's loan with Buck's county court's order in favor of the bank & investigation of financial crime by US Department of Treasury is/was in exercise. Defendant black-mailed Plaintiff to stop & delete past e-communications or else Plaintiff is warned of losing his Net ACR. Defendant said that he would visit USA FOR LAWFUL SETTLEMENT as requested / demanded by Plaintiff but kept stalling on the name of travel restrictions due to COVID. But greed of the Defendant has exceeded the expectation of honest & legal settlement as promised by Key Defendant – Mr. Dilip Chandan, CEO & MD of the family-owned Company of India.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* CHANDAN STEEL LTD. , owes the plaintiff *(specify the amount)* $ _____ , because *(use one or more of the following, as appropriate)*:

**A.    On a Promissory Note**

On *(date)* 000000 , the defendant signed and delivered a note promising to pay the plaintiff on *(date)* _____ the sum of *(specify the amount)* $ _____ with interest at the rate of *(specify the amount)* _____ percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ _____ . A copy of the note is attached as an exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

**B.    On an Account Between the Parties**

The defendant owes the plaintiff *(specify the amount)* $ $0.00 . This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit-card company and a*

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

*credit–card holder)*

As bullying tactic, Mr. Dilip Chandan sent a Legal notice through his attorney "Singhania & Co. – India" Dated 27 April 2018 and the same through email of May 4. 2018 for collection of $1000165.21 at 18% of interest. Then, upon personal visit of May 25, 2018, of Mr. Dilip Chandan to USA, plaintiff agreed to apply same rate of compound interest on ACR & ACP. He immediately confirmed having withdrawn legal notice & promised to start paying ACP with interest. The biggest issue was of unauthorized channel of payment that kept the appellant helpless & in distressed condition for accounting & tax filing in orderly manner.

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ 646,688.60 . Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

Please see Exhibit -1 for sum without interest .
Exhibit 2 : Interest bearing Loan from Appellant's Late Sister Harita Y. Bhatt of London, UK to Defendant &
Exhibit 4 for the sum showing capital plus interest at the rate of 12% & 18% of compound interest as documented in the e-communication with defendants for the consideration of due relief by The Honorary Judge of the Court.

C. **For Goods Sold and Delivered**

The defendant owes the plaintiff *(specify the amount)* $ _____ , for goods sold and delivered by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

D. **For Money Loaned**

The defendant owes the plaintiff *(specify the amount)* $ 402,394.50 , for money the plaintiff loaned the defendant on *(date)* Dec 13, 2010 .

E. **For Money Paid by Mistake**

The defendant owes the plaintiff *(specify the amount)* $ 0.00 for money paid by mistake to the defendant on *(date)* _____ , when the defendant received the payment from *(specify who paid and describe the circumstances of the payment)*

F. **For Money Had and Received**

The defendant was paid money *(specify the amount)* $ 23,611.87 on *(date)* 04/12/2013 by *(identify who paid and describe the circumstances of the payment)*

Personal shopping of Mr. Dilip Chandan & his family in the year 2012 to 2014. Please see Exhibit -3

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a deposit to be returned)*

Mr. Dilip Chandan never disputed the amount spent in shopping. Credit issues were carried forwarded, but remained unsettled in on AC. for accountability.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Unequivocable need of legal documentation of posting of unaccounted receipts & settlement of ACR & ACP with Defendants. Looming threat of litigation for unsettled accounts, unfiled tax returns &. unknown status of investigation of Special Agents of US Treasury Department for dark money sent by Defendant to Appellant. It's a nightmare for law-abiding citizen of USA that has caused physical & mental health conditions with defaults in court order to payoff the bank loans solely used for the Defendant. Plaintiff is seeking net accounts receivable as per the Exhibits with addition of compound rate of interest 12% to 18% as deemed admitted by defendants in the e-communication and as may be decided by the Honorary court. Any other relief that Honorary Court may find appropriate for punitive & exemplary damages to prevent unruly & scandalous mindset of overseas companies causing irreversible physical & mental health damages at the age of retirement for taking away peaceful life of the Appellant.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/09/2022

Signature of Plaintiff
Printed Name of Plaintiff    NILKANTH D. TRIVEDI for EXIM STEEL & SHIPBROKING

#### B. For Attorneys

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney _____
Bar Number              _____
Name of Law Firm        _____
Street Address          _____
State and Zip Code      _____
Telephone Number        _____
E-mail Address          _____

Additional names of Plaintiff

1. EXIM STEEL & SHIPBROKING INC. , 1215 Knox Dr. Yardley, PA 19067.
2. STAINLESS DISTRIBUTORS INC., 1215 Knox Dr. Yardley, PA 19067.
Tel : (215)-369-9746, M: (267)-391-6499.

Additional page for names of Defendants :

1. Chandan Steel Ltd.
   504, Sukh Sagar,
   N S Patker Marg (Hughes Road), Chowpatty,
   Mumbai - 400 007, India
   Tel: (+91) 226 629 0600
   Fax: (+91) 226 629 0633/34
   E-mail: dilip@chandansteel.net

2. VIJAY C. CHANDAN         - DIRECTOR
3. CHIRAG D. CHANDAN        - DIRECTOR
4. CHAITANYA D. CHANDAN     – DIRECTOR


Joinder of Parties / Witness:

1. Company Registrar.
2. Accounting Department for forensic accounting.

Additional names of Plaintiff

1. EXIM STEEL & SHIPBROKING INC. , 1215 Knox Dr. Yardley, PA 19067.
2. STAINLESS DISTRIBUTORS INC., 1215 Knox Dr. Yardley, PA 19067.
Tel : (215)-369-9746, M: (267)-391-6499.

Additional page for names of Defendants :

1. Chandan Steel Ltd.
   504, Sukh Sagar,
   N S Patker Marg (Hughes Road), Chowpatty,
   Mumbai - 400 007, India
   Tel: (+91) 226 629 0600
   Fax: (+91) 226 629 0633/34
   E-mail: dilip@chandansteel.net

2. VIJAY C. CHANDAN        - DIRECTOR
3. CHIRAG D. CHANDAN       - DIRECTOR
4. CHAITANYA D. CHANDAN – DIRECTOR


Joinder of Parties / Witness:

1. Company Registrar.
2. Accounting Department for forensic accounting.