# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NILKANTH D. TRIVEDI,** *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 22-0548 |
| **v.** | : | |
| | : | |
| **DILIP C. CHANDAN,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 11th day of April 2024, upon consideration of Defendants' *motion to dismiss*, (ECF 31), Plaintiffs' response in opposition, (ECF 32), Defendants' reply, (ECF 33), Plaintiffs' sur-reply, (ECF 34), and the allegations in the second amended complaint, (ECF 29), it is hereby **ORDERED** that:

1. Defendants' motion to dismiss all claims asserted against Individual Defendants Dilip C. Chandan, Chaitanya D. Chandan, Chirag D. Chandan, and Vijay C. Chandan is **GRANTED**. Accordingly, all claims against the Individual Defendants are **DISMISSED** for lack of personal jurisdiction.

2. Defendants' motion to dismiss is **GRANTED** as to Plaintiffs' breach of contract claims premised on the Reimbursement and Loan Agreements (Count I), and fraudulent misrepresentation claim (Count IV); and

3. Defendants' motion to dismiss is **DENIED** as to Plaintiffs' breach of contract claim premised on the Exclusive Distribution Agreement (Count I), unjust enrichment claim (Count II), promissory estoppel claim (Count III), and equitable accounting claim (Count V).

It is further **ORDERED** that the remaining Defendants shall file an answer by May 2, 2024.

**BY THE COURT:**
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*